**PETITION FOR WRIT OF HABEAS CORPUS**

**Date:** January 2, 2026

**To the Honorable Judge of the United States District Court**
Southern District of Florida

```
FILED BY_____D.C.
Susan Shoru Jouro
JAN 06 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

**Subject:** Petition for Writ of Habeas Corpus – Prolonged Immigration Detention at Florida Soft Side South ("Alligator Alcatraz")

Honorable Judge:

I, **Tanya L. Martinez**, an adult individual, respectfully appear before this Honorable Court as the **lawful wife** of **Pedro Mosegue**, Alien Registration Number **A■7919928**, who is currently being held in the custody of U.S. Immigration and Customs Enforcement (ICE) at the detention facility known as **Florida Soft Side South**, commonly referred to as "Alligator Alcatraz," located in the Everglades, State of Florida.

My husband was detained on **November 7, 2025**, and as of the date of this petition, he has been detained for a total of **56 days** without being granted a bond hearing, without clear information regarding the status of his immigration case, and without meaningful access to legal representation.

This prolonged detention without judicial review constitutes a violation of his right to due process under the **Fifth Amendment of the United States Constitution**. Continued detention without an individualized determination or bond hearing is arbitrary and unjustified.

Accordingly, I respectfully request that this Honorable Court:
1. Immediately review the legality of the detention of **Pedro Mosegue (A■7919928)**;
2. Order an **immediate bond hearing**; or in the alternative,
3. Order his **immediate release** while his immigration proceedings are pending.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Respectfully submitted,

*Tanya L. Martinez*
Tanya L. Martinez
Wife of the detainee

863-214-1434




Tanya L. Martinez
236 Chase Drew Dr. SW
Cartersville GA. 30120

Retail

U.S. POSTAGE PAID
FCM LG ENV
CARTERSVILLE, GA 30121
JAN 02, 2026
$11.33
S2324H502927-22

RDC 99    33128

RETURN RECEIPT REQUESTED

U.S. District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Ave
Miami Fl. 33128

CERTIFIED MAIL
7020 0090 0001 6599 1805

REC'D BY D.C.
JAN 06 2026
ANGELA E. NOBLE
CLERK U.S. DIST CT.
S.D. OF FLA. - MIAMI